UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | CASE NO. CR04-354-JCC |
| Plaintiff,        ) | |
| ) | |
| v.        ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JOSEPH RYAN SCHRAW,        ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant.        ) | |
| _____) | |

An initial hearing on supervised release revocation in this case was scheduled before me on May 12, 2010. The United States was represented by AUSA Lisca Borichewski for Patricia Lally and the defendant by Nancy Tenney. The proceedings were digitally recorded.

Defendant had been sentenced on or about January 7, 2005 by the Honorable John C. Coughenour on a charge of Possession with Intent to Distribute Methamphetamine, and sentenced to 60 months custody, 5 years supervised release. (Dkt. 64.)

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm, submit to drug testing and substance abuse treatment, abstain from alcohol, submit to

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

search, participate in a mental health program, reside in a community corrections center program for up to 90 days, provide his probation officer with financial information as requested, maintain a single checking account for all financial transactions, divulge any business interests, and disclose all assets and liabilities.

On September 17, 2009, defendant's probation officer reported that he had tested positive for heroin. He was reprimanded, referred for counseling, and the frequency of testing was increased. No further action was taken at the time. (Dkt. 88.) On January 4, 2010, defendant's probation officer reported that defendant had used methamphetamine and heroin. He was reprimanded and the frequency of testing was increased. No further action was taken at the time. (Dkt. 89.)

In an application dated April 8, 2010 (Dkt. 90, 91), U.S. Probation Officer Sara K. Moore alleged the following violations of the conditions of supervised release:

1. Using heroin on or before June 4, 2009, in violation of standard condition 7.

2. Using methamphetamine and heroin on or before October 16, 2009, in violation of standard condition 7.

3. Using methamphetamine and heroin on or before November 3, 2009, in violation of standard condition 7.

4. Using opiates on or before February 18, 2010, in violation of standard condition 7.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violations 1, 2, and 3 and waived any evidentiary hearing as to whether they occurred. The government moved to dismiss alleged violation 4 and to substitute

supplemental violation 5, alleging the use of amphetamines instead of opiates on the same date. Defendant entered a denial of violation 5 and requested an evidentiary hearing before a Magistrate Judge.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1, 2, and 3, that the Court conduct a hearing limited to the issue of disposition on those violations, and that the Court dismiss violation 4. The disposition hearing will be set before Judge Coughenour. An evidentiary hearing on violation 5 has been scheduled before a Magistrate Judge. Pending a final determination by the Court, defendant has been released on the conditions of supervised release.

DATED this 12th day of May, 2010.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

cc:   District Judge:        Honorable John C. Coughenour
      AUSA:                  Patricia Lally
      Defendant's attorney:  Nancy Tenney
      Probation officer:     Sara K. Moore

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3